UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------x
DONNA M. O'BRIEN,                               )
on Her Own Behalf, and as Next Friend           )
to Her Minor Daughter,                          )
SELENA D. O'BRIEN                               )   CIVIL ACTION NO.:
      &                                         )   04CV10490MLW
As Next Friend to Her Minor Son,                )
CHRISTIAN M. O'BRIEN                            )
      PLAINTIFFS                                )
                                                )
      -Vs-                                      )
                                                )
JOHNSON & JOHNSON, ETHICON, INC.,               )
SOUTH COAST HOSPITALS GROUP,                    )
TOBEY HEALTH SYSTEMS, and                       )
OTHER UNKNOWN DISTRIBUTOR(s),                   )
      DEFENDANTS                                )
------------------------------------------------x
```

## NOTICE OF APPEARANCE

Please take notice that Michael A. Fitzhugh and Anne-Marie Gerber, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enter their appearance on behalf of the defendants, Johnson & Johnson and Ethicon, Inc., in the above captioned lawsuit.

**JOHNSON & JOHNSON and ETHICON, INC.,**
By Their Attorneys,

Michael A. Fitzhugh, Esq.
BBO No. 169700
Anne-Marie Gerber, Esq.
BBO No. 649337
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above document on all parties of record by first class mail, postage prepaid.

Date: 5/3/04

*[signature]*