UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10490MLW



FILED
IN CLERKS OFFICE
2004 JUN -7 P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS

DONNA M. O'BRIEN, ON HER OWN
BEHALF, AND AS NEXT FRIEND
TO HER MINOR DAUGHTER,
DELENA D. O'BRIEN, AND AS
NEXT FRIEND TO HER MINOR SON,
CHRISTIAN M. O'BRIEN,
    Plaintiff

v.

JOHNSON & JOHNSON, ETHICON,
INC., SOUTHCOAST HOSPITALS
GROUP, TOBEY HEALTH SYSTEMS,
AND OTHER UNKNOWN
DISTRIBUTOR(S)
    Defendants

MOTION OF DEFENDANT SOUTHCOAST HOSPITALS GROUP,
PROPERLY SOUTHCOAST HOSPITALS GROUP, INC.,
AND OF DEFENDANT TOBEY HEALTH SYSTEMS, PROPERLY
SOUTHCOAST HOSPITAL GROUPS, INC.,
UNDER RULES 12(b)(1) and 12(b)(2)
TO DISMISS PLAINTIFFS' COMPLAINT
**DEFENDANTS' REQUEST FOR HEARING**

The Defendant Southcoast Hospitals Group, properly Southcoast Hospitals Group, Inc., and the Defendant Tobey Health Systems, properly Southcoast Hospitals Group, Inc., move under Rules 12(b)(1) and 12(b)(2), Fed. R. Civ. P., for dismissal of Plaintiffs' Complaint. Said Defendants further request that the Court enter separate and final judgment in accordance with Rule 54(b), Fed. R. Civ. P.

# Foster & Eldridge, LLP

Attorneys at Law

Martin C. Foster
Joan Eldridge*(DC)
John D. Bruce
J. Peter Kelley
Daniel J. Buoniconti*(NY;DC)
Kurt M. Schmidt, Jr.*(CT;RI)
Stephen M. Fiore*(CT;NH)
Andrew T. Neuwirth*(NY;RI)
Allison K. Blew
Tracy Morong

*also admitted

955 Massachusetts Avenue
Cambridge, Massachusetts 02139
Telephone: 617-492-5800
Fax: 617-492-4166
e-mail: fosteld@fosteld.com

June 4, 2004

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Donna M. O'Brien, et al v. Southcoast Hospitals Group, Inc., et al
Civil Action No.: 04-CV-10490MLW

Dear Sir/Madam:

Enclosed for filing please find:

1. Motion of Defendant Southcoast Hospitals Group, Properly Southcoast Hospitals Group, Inc., and of Defendant Tobey Health Systems, Properly Southcoast Hospital Groups, Inc., Under Rules 12(b)(1) and 12(b)(2) to Dismiss Plaintiffs' Complaint; Defendants' Request for Hearing; and
2. Memorandum of Law in Support of Hospital-Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(2).

Kindly docket same in your usual manner. Thank you.

Very truly yours,

Joan Eldridge

JE/cs
Enclosure
cc: Robert W. Zeida, Esquire
    Anne-Marie H. Gerber, Esquire