UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:04 CV 10490

FILED
CLERKS OFFICE
2004 JUN 24 A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

|   |   |
|---|---|
| DONNA M. O'BRIEN, <br> On Her Own Behalf, <br> and as Next Friend <br> To Her Minor Daughter, <br> SELENA D. O'BRIEN <br> and <br> As Next Friend to <br> Her Minor Son, <br> CHRISTIAN M. O'BRIEN, <br> Plaintiff <br><br> v. <br><br> JOHNSON & JOHNSON, ETHICON, INC., <br> SOUTHCOAST HOSPITAL GROUP, <br> TOBEY HEALTH SYSTEMS, AND <br> OTHER UNKNOWN DISTRIBUTOR(S) <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT SOUTHCOAST'S MOTION TO DISMISS**

Now come the plaintiffs and respectfully move this Court to enlarge the time in which the plaintiffs have to file their opposition to the motion of the defendant, Southcoast Hospital Group, to dismiss. As grounds, the plaintiffs state that their counsel requires more time to research and prepare the appropriate pleadings.