UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 1:04 CV 10490.2

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONNA M. O'BRIEN,<br>   On Her Own Behalf,<br>   and as Next Friend<br>   To Her Minor Daughter,<br>      SELENA D. O'BRIEN<br>   and<br>   As Next Friend to<br>   Her Minor Son,<br>      CHRISTIAN M. O'BRIEN,<br>           Plaintiff<br><br>v.<br><br>JOHNSON & JOHNSON, ETHICON, INC.,<br>SOUTHCOAST HOSPITAL GROUP,<br>TOBEY HEALTH SYSTEMS, AND<br>OTHER UNKNOWN DISTRIBUTOR(S)<br>           Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO FURTHER ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT SOUTHCOAST'S MOTION TO DISMISS**

Now come the plaintiffs and respectfully move this Court to further enlarge the time to in which the plaintiffs have to file their opposition to the motion of the defendant, Southcoast Hospital Group, to dismiss, to July 28, 2004. As grounds, the plaintiffs' attorney states that staffing problems have made it difficult to complete the necessary pleadings by the already extended date of July 7, 2004.

        Respectfully Submitted,
        The Plaintiffs,
        DONNA M. O'BRIEN, *et al*

        By Their Attorney,

        _____
        ROBERT WILLIAM ZEIDA, ESQUIRE
        BBO# 546611
        533 Palmer Avenue
        Falmouth, MA 02540
        508-548-0237

ASSENT:
The Defendants
SOUTHCOAST HOSPITAL GROUP,
TOBEY HEALTH SYSTEMS,
By Their Attorney,

_____
Daniel J. Buoniconti, Esquire
Foster & Eldridge, LLP
955 Cambridge, MA 02139
617-492-5800

## CERTIFICATE OF SERVICE

    I hereby certify under the pains and penalties of perjury that I did serve a copy of the within motion upon the defendants, Southcoast Hospital Group, and Tobey Health Systems, by mailing same, first class and postage prepaid, to their attorney of record, Daniel J. Buoniconti, Esquire, of Foster & Eldridge, LLP, 955 Massachusetts Avenue, Cambridge, Massachusetts 02139; and, to the defendants, Johnson & Johnson, and Ethicon, by mailing same, first class and postage prepaid, to their attorney of record, Michael A. Fitzhugh, Esquire, of Fitzhugh, Parker & Alvaro, LLP, 155 Federal Street, Suite 1700, Boston, Massachusetts 02110-1727.

July 7, 2004

        _____
        ROBERT WILLIAM ZEIDA, ESQUIRE