UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-CV-10490MLW

| | |
|---|---|
| DONNA M. O'BRIEN, ON HER OWN BEHALF, AND AS NEXT FRIEND TO HER MINOR DAUGHTER, DELENA D. O'BRIEN, AND AS NEXT FRIEND TO HER MINOR SON, CHRISTIAN M. O'BRIEN,<br>  Plaintiff<br><br>v.<br><br>JOHNSON & JOHNSON, ETHICON, INC., SOUTHCOAST HOSPITALS GROUP, TOBEY HEALTH SYSTEMS, AND OTHER UNKNOWN DISTRIBUTOR(S)<br>  Defendants |  |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Now comes the undersigned to give notice of a change of firm name and address. The new name, address and contact information is:

>Foster & Eldridge, LLP
>One Canal Park
>Cambridge, MA 02141
>Phone: 617-252-3366
>Fax: 617-252-3377

>Respectfully submitted,
>Defendant Southcoast Hospitals Group,
>Properly Southcoast Hospitals Group, Inc.,
>and Defendant Tobey Health Systems, properly
>Southcoast Hospitals Group, Inc.,
>by counsel,
>
>
>Daniel J. Buoniconti
>B.B.O. #640139
>Foster & Eldridge, LLP
>One Canal Park
>Cambridge, MA  02141
>Telephone:  (617) 252-3366

Dated:  July 19, 2004

## CERTIFICATE OF SERVICE

I, Daniel J. Buoniconti, hereby certify that on this day I served Notice of Change of Firm Name and Address on:

>Robert William Zeida, Esquire
>25 Main Street, 2nd Floor
>P.O. Box 313
>Buzzards Bay, MA 02532-0313
>
>Ann Marie Gerber, Esquire
>Fitzhugh, Parker & Zlvaro, LLP
>115 Federal Street, Suite 1700
>Boston, MA 02110

by mailing a copy of same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury:

>Daniel J. Buoniconti
>B.B.O. #640139
>Foster & Eldridge, LLP
>One Canal Park
>Cambridge, MA 02141
>Telephone: (617) 252-3366

DATE: July, 19, 2004