UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10490MLW

------------------------------------)
DONNA M. O'BRIEN,                    )
    on her own behalf,               )
    and as next friend              )
    to her minor Daughter,          )
        SELENA D. O'BRIEN,          )
                                     )
            and                      )
                                     )
    as next friend to               )
    her minor son,                   )
        CHRISTIAN M. O'BRIEN,        )
                Plaintiff            )
                                     )
    v.                               )
                                     )
JOHNSON & JOHNSON, ETHICON, INC.,    )
SOUTHCOAST HOSPITALS GROUP,          )
TOBEY HEALTH SYSTEMS, AND            )
OTHER UNKNOWN DISTRIBUTOR(S),        )
                Defendants           )
------------------------------------)


OPPOSITION OF THE PLAINTIFFS TO THE MOTION OF DEFENDANT
SOUTHCOAST HOSPITALS GROUP, INC. TO DISMISS PLAINTIFFS'
COMPLAINT

    Now comes the plaintiff, Donna M. O'Brien, on her own

behalf and on behalf of her minor children, Selena D.

O'Brien and Christian M. O'Brien, and hereby opposes the

motion of the Defendant, Southcoast Hospital Groups, Inc.

to dismiss their complaint.

    As grounds hereof, the plaintiffs state that it is

appropriate, and within the discretion of this Honorable

Court to allow the claims brought in this complaint against Johnson & Johnson, Ethicon, Inc., and Southcoast Hospitals Group, Inc., to proceed in the Federal Court for the following reasons:

1.  Although diversity may or may not exist as between the plaintiffs and Southcoast Hospitals Group, Inc., the case should be appropriately heard against both defendants in the federal court as the United States Food and Drug Administration has been involved with the matter of contaminated Panacryl sutures, and there may ultimately exist grounds under the federal law entitling the plaintiffs to relief.

2.  The plaintiff and her children are proceeding *in forma pauperis,* and the case would be best heard in the federal court because the discovery requirements prescribed by Local Rules 26.1 and 26.2 favor expeditious discovery and a quicker resolution to the case.

In support hereof, the Plaintiff submits her Affidavit and a Memorandum of Law.

WHEREFORE, the Plaintiff, Donna M. O'Brien, on her own behalf and on behalf of her minor children, Selena D. O'Brien and Christian M. O'Brien, respectfully requests that this Honorable Court deny the motion of the Defendant, Southcoast Hospitals Group, Inc., to dismiss the Plaintiff's complaint.

THE PLAINTIFF REQUESTS A HEARING ON THIS MATTER.

Respectfully Submitted,
The Plaintiff,
DONNA M. O'BRIEN,
On Her Own Behalf,
And As Next Friend
To Her Minor Daughter,
SELENA D. O'BRIEN,
And
As Next Friend to
Her Minor Son,
CHRISTIAN M. O'BRIEN,
By Her Attorney,


ROBERT WILLIAM ZEIDA, ESQUIRE
Massachusetts B.B.O. #546611
533 Palmer Avenue
Falmouth, MA  02540
(508) 548-0237

3

CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I did serve a copy of the within pleading upon: (1) the defendants, Southcoast Hospitals Group, Inc., by mailing same, first class and postage prepaid, to their attorney of record, Daniel J. Buoniconti, Esquire, of Foster & Eldridge, LLP, One Canal Park, Cambridge, Massachusetts 02141; and (2) the defendants, Johnson & Johnson, and Ethicon, Inc., by mailing same, first class and postage prepaid, to their attorney of record, Michael A. Fitzhugh, Esquire, of Fitzhugh, Parker & Alvaro, LLP, 155 Federal Street, Suite 1700, Boston, Massachusetts 02110-1727.

July 28, 2004

_____
ROBERT WILLIAM ZEIDA, ESQUIRE