FILED

UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUL 30 P 12: 15

CIVIL ACTION NO.04-CV-10490MLW

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
----------------------------------
DONNA M. O'BRIEN,                 )
     On Her Own Behalf,           )
     and As Next Friend           )
     To Her Minor Daughter,       )
          SELENA D. O'BRIEN,       )
                                  )
          and                     )
                                  )
     As Next Friend to            )
     Her Minor Son,               )
          CHRISTIAN M. O'BRIEN,    )
                    Plaintiff      )
                                  )
     v.                           )
                                  )
JOHNSON & JOHNSON, ETHICON, INC., )
SOUTHCOAST HOSPITALS GROUP,       )
TOBEY HEALTH SYSTEMS, AND         )
OTHER UNKNOWN DISTRIBUTOR(S),     )
               Defendants         )
----------------------------------)
```

## AFFIDAVIT OF DONNA M. O'BRIEN

First being duly sworn, the undersigned hereby deposes and says:

1.  My name is Donna M. O'Brien, and I am a Plaintiff in the above-captioned action.

2.  I have filed this action on my own behalf, as well as on behalf of my two minor children, Selena D. O'Brien, date of birth September 29, 1996, and Christian M. O'Brien, date of birth March 12, 2001.

1

3.  I am filing this Affidavit in Opposition to Southcoast Hospitals Group, Inc.'s motion to dismiss my complaint.

4.  In my complaint, I describe how I have suffered as a result of the actions of Johnson & Johnson, Tobey Hospital (part of Southcoast Hospitals Group, Inc.).

5.  Because contaminated Panacryl sutures were used to close my incision after my caesarean section delivery of my son Christian, I was seriously harmed and continue to suffer terrible difficulties, even today as I write this affidavit. I respectfully refer the Court to my Complaint for a description of my suffering.

6.  Just to correct one statement made in Southcoast's motion – I have had <u>three surgeries</u> to date, not two surgeries, as was wrongly stated. The doctor says I may need a fourth surgery because I still have the same burning pain.

7.  I take Talwin, a pain reliever, three times a day. The pain never goes away.

8.  On the FDA website, my case is described. A copy of the three-page report, submitted by the manufacturer, is attached to my affidavit as Exhibit A.

9.  There is a large amount of information on Panacryl to be found on the FDA website. An eleven-page FDA

2

printout of "adverse event" reports is attached as Exhibit B.

10. I was allowed by this Court to file my Complaint without paying a filing fee. As indicated in my financial statement I submitted with my application to file my Complaint without a fee, I have very limited funds. To have to pursue this case in two two different courts would be extremely difficult and expensive, and I cannot afford it in any way.

11. The difference in the way discovery is conducted in the federal court versus the state courts seems to be less expensive for me, as the defendants are required to produce documents within a short time.

12. I sincerely hope that the Court will allow me to proceed in the Federal Court against all of the Defendants at the same time. I am suffering terribly, and hope to see justice done quickly in order that I can be in some way compensated for all that I have lost.

Subscribed and sworn to under the pains and penalties of perjury this 28th day of July, 2004.

Donna M. O'Brien

3